# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

IN RE: ANTHONY W. & MARLENE M. EDWARDS
319 N. WOODLAWN
LIMA, OH 45805

DATE 05/29/2015

CASE No. 14-33679 W

SS #1  XXX-XX-8713
SS #2  XXX-XX-7270

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
|  | INTERNAL REVENUE / P O BOX 99183 CLEVELAND, OH 44199 |  |  | Not Filed |
| 001 | MIDLAND CREDIT MANAGEMENT, INC. / AS AGENT FOR ASSET ACCEPT PO BOX 2036 / WARREN, MI 48090 | 5,478.27 | 83.0000 | Unsecured |
| 002 | AMERICAN ELECTRIC POWER / 1 AEP WAY HURRICANE, WV 25526 | 5,525.94 | 83.0000 | Unsecured |
| 003 | U.S. DEPARTMENT OF EDUCATION / CLAIMS FILING UNIT P O BOX 8973 / MADISON, WI 53708-8973 | 2,441.09 | 83.0000 | Unsecured |
| 004 | U.S. DEPARTMENT OF EDUCATION / CLAIMS FILING UNIT P O BOX 8973 / MADISON, WI 53708-8973 | 2,051.56 | 83.0000 | Unsecured |
| 005 | U.S. DEPARTMENT OF EDUCATION / CLAIMS FILING UNIT P O BOX 8973 / MADISON, WI 53708-8973 | 20,296.28 | 83.0000 | Unsecured |
| 006 | U.S. DEPARTMENT OF EDUCATION / CLAIMS FILING UNIT P O BOX 8973 / MADISON, WI 53708-8973 | 9,513.27 | 83.0000 | Unsecured |
| 007 | DOMINION EAST OHIO GAS / PO BOX 5759 CLEVELAND, OH 44101-5759 | 7,153.14 | 83.0000 | Unsecured |
| 008 | AT&T MOBILITY II LLC / KAREN A. CAVAGNARO, PARALEGAL ONE AT&T WAY, SUITE 3A104 / BEDMINSTER, NJ 07921 | 1,498.22 | 83.0000 | Unsecured |
| 009 | US DEPARTMENT OF EDUCATION / PO BOX 16448 ST PAUL, MN 55116-0448 | 10,661.92 | 83.0000 | Unsecured |
| 010 | ALLEN COUNTY TREASURER / P O BOX 123 LIMA, OH 45802 | 7,091.11 |  | Secured |
|  | Total | 71,710.80 | ******* |  |
|  |  | 0.00 |  | Debtor's Attorney |

ATHENA J. NYERS
119 N WEST ST
SUITE 102
LIMA, OH 45801

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 06/12/2015

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee